AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

MICHAEL BURRISS,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: 4:25-cv-00307

LT CMDR NICOLE BOND,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of this Court dated March 16, 2026, the Report and Recommendation of the Magistrate Judge is adopted. Burriss' Petition is dismissed and in forma pauperis status on appeal is denied.  This case stands closed.



3/16/2026

*Date*

John E. Triplett, Clerk of Court

*Clerk*

*(By) Ann Duke, Deputy Clerk*

GAS Rev 10/2020